IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:12CV265** |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **PAM HARE,** | ) | |
| **Owner of Italian Inn,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Upon the petition of the United States (filing 1), and the declarations and summons attached thereto,

**IT IS ORDERED** that respondent, Pam Hare, appear before the United States District Court for the District of Nebraska in that branch thereof presided over by the undersigned, in the United States Courthouse, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on the 9th day of November, 2012, at Courtroom 6, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on April 11, 2012.

**IT IS FURTHER ORDERED** that a copy of this Order, together with the petition and exhibits thereto, be personally served on Pam Hare, by an official of the Internal Revenue Service who is hereby specially appointed for that purpose, within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that within five (5) days of service of copies of this Order and the petition and exhibits thereto, respondent shall file and serve a written

response to the petition. If respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted.

**IT IS FURTHER ORDERED** that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

**DATED August 2, 2012.**

> BY THE COURT:
>
> S/ F.A. Gossett
> **United States Magistrate Judge**